**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **SUZANNE FILLORAMO** )<br>    **Plaintiff** )<br> )<br>**v.** )<br> )<br> )<br>**PORTFOLIO RECOVERY ASSOCIATES, LLC** )<br>    **Defendant** )<br>_____ ) | **CASE NO.:**<br>**3:12-CV-287-AWT**<br><br><br><br><br><br><br>**JULY 3, 2012** |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Suzanne Filloramo, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

        **PLAINTIFF, SUZANNE FILLORAMO**

        By /s/ Daniel S. Blinn
        Daniel S. Blinn, Esq.  (ct 02188)
        Consumer Law Group, LLC
        35 Cold Spring Road, Suite 512
        Rocky Hill, CT  06067
        Tel: (860) 571-0408
        Fax: (860) 571-7457
        dblinn@consumerlawgroup.com

## **CERTIFICATION**

      I hereby certify that on this 3rd day of July, 2012, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Daniel S. Blinn
                                        Daniel S. Blinn